**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ROBERT T. FLOYD,** | : | |
| | : | |
| **Plaintiff,** | : | C.A. No. 04-944 (JJF) |
| | : | |
| v. | : | |
| | : | |
| **GENERAL MOTORS ACCEPTANCE** | : | |
| **CORPORATION and** | : | |
| **SATURN OF NEWARK,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW TO WIT this _____ day of _____, 2005, the foregoing Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b), having been heard and considered, it is hereby ORDERED that Defendant's Motion is hereby GRANTED.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware