IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT T. FLOYD, | : |
| | : |
| Plaintiff, | : C.A. No. 04-944 (JJF) |
| | : |
| v. | : |
| | : |
| GENERAL MOTORS ACCEPTANCE | : |
| CORPORATION and | : |
| SATURN OF NEWARK, | : |
| | : |
| Defendants. | : |

### APPENDIX TO DEFENDANT SATURN OF NEWARK'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

TYBOUT, REDFEARN & PELL

BY: _____
DANIELLE K. YEARICK, I.D. # 3668
TIMOTHY S. MARTIN, I.D. # 4578
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendant Saturn of Newark

Dated: April 21, 2005

## TABLE OF CONTENTS

DOCKET FOR FLOYD V. SATURN, C.A. 04-944 as of April 21, 2005 ........ A1-A2

COMPLAINT ................................................. A3-A8

PLAINTIFF'S MORE DEFINITE STATEMENT .......................... A9-13