IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT T. FLOYD                       :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 04-944 JJF
                                      :
SATURN OF NEWARK and GENERAL MOTORS   :
ACCEPTANCE CORPORATION,               :
                                      :
        Defendants.                   :

## ORDER

At Wilmington this _11_ day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Renewed Motion To Dismiss (D.I. 8) filed by Defendant General Motors Acceptance Corporation is **GRANTED**.

                                               _____
                                               UNITED STATES DISTRICT JUDGE