## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on December 14, 2005, a copy of Saturn of Newark's Supplemental Submission was electronically filed with the Court requesting electronic service upon:

Mr. Robert T. Floyd
511 S. 4th Street
Colwyn, PA 19023

Ms. Linda Richenderfer, Esq.
Saul Ewing LLP
222 Delaware Avenue, # 1200
P.O. Box 1266
Wilmington, DE 19899

TYBOUT, REDFEARN & PELL

/s/ Danielle K. Yearick
DANIELLE K. YEARICK, I.D. # 3668
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Saturn of Newark
Email: DYearick@trplaw.com