IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT T. FLOYD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-944-JJF |
| | : |
| SATURN OF NEWARK, | : |
| | : |
| Defendant. | : |

### ORDER

At Wilmington, this 24 day of January 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss (D.I. 11) is **GRANTED** and the case is **DISMISSED**.

_____
UNITED STATES DISTRICT JUDGE

14